# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| IRVING BERRY, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 4:21-CV-903 AGF |
| STEVE PFISTER, et al., | ) ) ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

Before the Court is plaintiff's motion for extension of time to submit the $402 filing fee in this action. For good cause shown, plaintiff's motion will be granted.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for extension of time to pay the $402 filing fee [ECF No. #7] is **GRANTED**.

**IT IS FURTHER ORDERED** that plaintiff must either pay the $402 filing fee or submit a motion to proceed in forma pauperis within twenty-one (21) days of the date of this Order.

**IT IS FURTHER ORDERED** that if plaintiff files a motion to proceed in forma pauperis, he must also file a certified copy of his prison account statement for the six-month period preceding the filing of the complaint.

**IT IS FURTHER ORDERED** that if plaintiff fails to comply with this Order, the Court will dismiss this action without prejudice. If the case is dismissed for non-compliance with this Order, the dismissal will not count as a "strike" under 28 U.S.C. § 1915(g).

Dated this 13th day of August, 2021.

*Audrey G. Fleissig*
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE